# Court of Appeals
# of the State of Georgia

ATLANTA,  July 27, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1937.  SPRATT HOWARD v. NATHAN DEAL, GOVERNOR.**

The superior court denied Spratt Howard's application to proceed in forma pauperis in a mandamus action against Governor Nathan Deal and directed the court clerk to deny the filing of the mandamus petition.  Howard filed both an application for discretionary review, Case No. A17D0445, and this direct appeal, seeking review of the same trial court order.[1]

On June 7, 2017, we denied Howard's discretionary application.  Because that denial was an adjudication on the merits, the doctrine of res judicata bars this direct appeal.  See *Northwest Social & Civic Club, Inc. v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 260-261 (1) (649 SE2d 313) (2007).  Furthermore, because Howard is incarcerated, his appeal is controlled by the Prison Litigation Reform Act of 1996, OCGA § 42-12-1 et seq, which requires him to comply with the discretionary appeal procedures.  OCGA § 42-12-8.  For these reasons, this appeal is DISMISSED.

---

[1] Howard filed both his application and his direct appeal in the Georgia Supreme Court, which transferred the matters to this Court.  See Case Nos. S17D1275 (decided April 10, 2017) and S17A1400 (decided May 1, 2017).



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,__07/27/2017_____*
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*